NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY GILLESPIE,
DOC #C05926,

      Appellant,

v.
      Case No. 2D17-3568

STATE OF FLORIDA,

      Appellee.

Opinion filed December 21, 2018.

Appeal from the Circuit Court for
Sarasota County; Thomas Krug and
Charles E. Roberts, Judges.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

      Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.